IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION

RICHARD PALERMO                                             PLAINTIFFS
and SHEILA PALERMO

VS.                           CIVIL ACTION NO. 5:07-cv-78(DCB)(JMR)

LETOURNEAU TECHNOLOGIES, INC.; DANIEL
C. DREW d/b/a NATIONWIDE MEDICAL REVIEW;
KRISTY BROGAN; MISSISSIPPI BAPTIST
MEDICAL CENTER; GENE R. BARRETT, M.D.;
LIFE LINK TISSUE BANK, INC.; and NUTECH
MEDICAL, INC.                                               DEFENDANTS

## ORDER OF PARTIAL REMAND

This matter having come before the Court on the plaintiffs' Motion to Remand, and the Court having granted in part and denied in part said motion in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED that the plaintiffs' claims against defendants Gene R. Barrett, M.D., Mississippi Baptist Medical Center, Life Link Tissue Bank, Inc., and NuTech Medical, Inc, are REMANDED to the Circuit Court of Warren County, Mississippi;

FURTHER ORDERED that the plaintiffs' claims against defendants LeTourneau Technologies, Inc., Kristy Brogan and Daniel C. Drew d/b/a Nationwide Medical Review shall remain in this Court.

SO ORDERED, this the __26th__ day of March, 2008.

                                    s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE