## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**RICHARD (RICKEY) PALERMO**
**and SHEILA PALERMO**                                          **PLAINTIFFS**

**V.**                              **CIVIL ACTION NO. 5:07cv78-DCB-JMR**

**LETOURNEAU TECHNOLOGIES, INC;**
**DANIEL C. DREW d/b/a NATIONWIDE**
**MEDICAL REVIEW; and KRISTY BROGAN**            **DEFENDANTS**

### AGREED ORDER OF DISMISSAL

The parties having announced to the Court that they have agreed to a dismissal with prejudice of this case, with each party bearing its own costs, including attorney fees, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the dismissal, and the Court being desirous that this matter be finally closed on its docket.

IT IS, THEREFORE, ORDERED, that this case is hereby dismissed with prejudice, with each party bearing its own costs, including attorney fees.

SO ORDERED, this the __19th__ day of __November__ , 2008.


_____s/ David Bramlette_____
UNITED STATES DISTRICT COURT JUDGE

AGREED:

/s/Kelly Loyacono
Attorney for Plaintiff
MSB #1473


/s/Robert L. Spell
Attorney for LeTourneau Technologies, Inc.
MSB #7716


/s/Craig Panter
Attorney for Daniel Drew, M.D. d/b/a
Nationwide Medical Review
MSB #3999


/s/Diane Pradat
Attorney for Kristy Brogan
MSB #4476